UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                             :
KEVIN JOHN SOLLITT                           :
                                             :     CASE NO. 1:09-CV-43
            Plaintiff,                       :
                                             :
v.                                           :     JUDGMENT
                                             :
KEYCORP, *et al.*,                           :
                                             :
            Defendants.                      :
                                             :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

   The Court of Appeals having reversed this Court's denial of Plaintiff's motion to remand, and for the reasons set out in the Court of Appeals opinion, [Doc. 106], the Court grants Plaintiff's motion to remand.

   Accordingly, this case is terminated under Federal Rule of Civil Procedure 58.

   IT IS SO ORDERED.

Dated:  March 28, 2012                          s/        *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE